No. 802. SHIMA *v.* BROWN. April 12, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE

RUTLEDGE took no part in the consideration or decision of this application. *Messrs. John Wattawa* and *V. O. Hill* for petitioner. *Mr. Richard E. Wellford* for respondent.